No. 92–1035. SLAWEK ET AL. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 3d Cir. Certiorari denied.

No. 92–1036. MOORE v. BOARD OF EDUCATION OF FULTON PUBLIC SCHOOL NO. 58. Sup. Ct. Mo. Certiorari denied.

No. 92–1038. WATERMAN STEAMSHIP CORP. ET AL. v. RAPHAELY INTERNATIONAL, INC., ET AL. C. A. 2d Cir. Certiorari denied.

No. 92–1039. BOOKER v. CONNECTICUT. App. Ct. Conn. Certiorari denied.

No. 92–1040. BARBER ET AL. v. HORSEY ET AL. C. A. 3d Cir. Certiorari denied.

No. 92–1044. DEFOOR v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–1045. McCOLLUM v. GEORGIA. Ct. App. Ga. Certiorari denied.

No. 92–1049. KASSEL v. JARRETT ET AL. C. A. 6th Cir. Certiorari denied.

No. 92–1054. CLAYTON BROKERAGE CO. OF ST. LOUIS, INC. v. JORDAN. C. A. 8th Cir. Certiorari denied.

No. 92–1056. BRAY v. IDAHO. Ct. App. Idaho. Certiorari denied.

No. 92–1057. SIKES v. BANCBOSTON MORTGAGE CORP. C. A. 6th Cir. Certiorari denied.

No. 92–1058. STRICKLAND ET AL. v. MOTORS INSURANCE CORP. C. A. 5th Cir. Certiorari denied.

No. 92–1059. BOESE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.